1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

IN RE:  STEVEN WAYNE BONILLA

No. 2:23-cv-02589-TLN-KJN

12

No. 2:23-cv-02590-TLN-KJN

13

No. 2:23-cv-02591-TLN-KJN

14

No. 2:23-cv-02592-TLN-KJN

15

No. 2:23-cv-02593-TLN-KJN

16

No. 2:23-cv-02595-TLN-KJN

17

No. 2:23-cv-02596-TLN-KJN

18

No. 2:23-cv-02598-TLN-KJN

19

No. 2:23-cv-02599-TLN-KJN

20

No. 2:23-cv-02601-TLN-KJN

21

**ORDER**

22
23
24

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25

above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28

Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02589, 2:23-cv-02590, 2:23-cv-02591, 2:23-cv-02592, 2:23-cv-02593, 2:23-cv-02595, 2:23-cv-02596, 2:23-cv-02598, 2:23-cv-02599 and 2:23-cv-02601 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:  December 14, 2023

Troy L. Nunley
United States District Judge

2